UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| DOUGLAS WELCH | § § | |
| VS. | § § | CIVIL NO. 6:22-cv-00049 |
| REPUBLIC SERVICES, INC. D/B/A REPUBLIC WASTE SERVICES GROUP OF TEXAS, INC. | § § § § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, **Douglas Welch**, dismisses with prejudice his claims against Defendants, **Republic Services, Inc. d/b/a Republic Waste Services Group of Texas, Inc.**, and would show the Court as follows:

**1.**

Plaintiff, **Douglas Welch,** and Defendants, **Republic Services, Inc. d/b/a Republic Waste Services Group of Texas, Inc.** have entered into an agreement in which Plaintiff **Douglas Welch**, no longer wishes to pursue his claims and differences against Defendants **Republic Services, Inc. d/b/a Republic Waste Services Group of Texas, Inc..** Therefore, Plaintiff **Douglas Welch** releases Defendants **Republic Services, Inc. d/b/a Republic Waste Services Group of Texas, Inc.** of and from any liability as it relates to the incident made the basis of this lawsuit and all claims against Defendants **Republic Services, Inc. d/b/a Republic Waste Services Group of Texas, Inc.** should be dismissed with prejudice.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **Douglas Welch** respectfully

requests the Court to sign an Order dismissing with prejudice his claims with prejudice against Defendants, **Republic Services, Inc. d/b/a Republic Waste Services Group of Texas, Inc.** and that all taxable costs of court associated with this case be paid by the party incurring same.

Respectfully submitted,

_____
DAVID C. GRIFFIN
State Bar No. 08456950
MAREK GRIFFIN & KNAUPP
203 N. Liberty St.
Victoria, Texas 77902
Telephone: (361) 573-5500
Facsimile: (361) 573-5040
dcg@lawmgk.com
**ATTORNEY FOR PLAINTIFF,
DOUGLAS WELCH**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on this __14th__ day of July 2023, to:

RANDEE J. WILLIAMS KOELLER
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
rwkoeller@namanhowell.com
**ATTORNEY FOR DEFENDANTS
REPUBLIC SERVICES, INC. D/B/A
REPUBLIC WASTE SERVICES
GROUP OF TEXAS, INC.**

_____
DAVID C. GRIFFIN

2